# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No.   CV 17-4128 JFW (RAOx)                                        Date   December 12, 2017

Title: <u>Preferred Contractors Insurance Company Risk Retention Group, LLC v. Altavilla,</u> et al.

Present: The Honorable   John F. Walter

| Shannon Reilly | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                                Not Present

Proceedings:    ☐ In Court         ☒ In Chambers         ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other   NOTICE of Dismissal filed by Plaintiff - Make JS-6

☐ Entered _____.

Initials of Preparer   sr